**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01421-CR

**STACY STINE CARY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81637-2011**

## ORDER

The Court **DENIES** as moot appellant's August 19, 2013 motion to extend time to file a reply brief. As stated in our order of August 19, 2013, appellant's reply brief was filed within the seven-day period provided by this Court's order of August 8, 2013.

/s/    LANA MYERS
        JUSTICE